# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RITA MOBLEY, as Personal Representative
of the Estate of Heather Mobley,

        Plaintiff,

vs.                                                             Case No. 6:12-cv-70-Orl-37DAB

SAFECO INSURANCE COMPANY OF
ILLINOIS,

        Defendant.

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss Counterclaim (Doc. No. 14), filed February 15, 2012.

In this case, Defendant did not file a responsive pleading, i.e., an answer. Instead, it chose to file a motion to dismiss. (*See* Doc. No. 6.) At the same time, Defendant filed a document entitled, "Counterclaim." (*See* Doc. No. 7.) This document did not respond to the allegations of the complaint. (*See id.*) Thus, it is not a pleading. *See* Fed. R. Civ. P. 7(a) (enumerating the only pleadings allowed). Since counterclaims must appear in a pleading, *see Microsoft Corp. v. Ion Tech. Corp.*, 484 F. Supp. 2d 955, 965 (D. Minn. 2007) ("Counterclaims, however, must appear in a pleading . . . ."), the document at docket number 7 is not authorized by the Federal Rules of Civil Procedure. It is, therefore, a nullity and should be stricken from the record. *See, e.g.*, *Allied Med. Assocs. v. State Farm Mut. Auto. Ins. Co.*, No. 08-2434, 2009 WL 839063 (E.D. Pa. Mar. 26, 2009).

Accordingly, it is hereby **ORDERED**:

(1) The document filed at Docket Number 7 is **STRICKEN** from the record. The Clerk is directed to remove this document from the Court file; and

(2) Plaintiff-Counterclaim Defendant's Motion to Dismiss Counterclaim (Doc. No. 14) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 12, 2012.

ROY B. DALTON, JR.
United States District Judge

Copies:

counsel of record